IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAVID T. BALDWIN, ) | Civil Action No. 7:15-cv-00124 |
|     Plaintiff, ) | |
| ) | **MEMORANDUM OPINION** |
| v. ) | |
| ) | By:    Norman K. Moon |
| MONTGOMERY COUNTY ) | United States District Judge |
|  COURT SYSTEM, ) | |
|     Defendant(s). ) | |

On March 19, 2015, Plaintiff David T. Baldwin ("Plaintiff"), proceeding pro se, initiated this action pursuant to 42 U.S.C. § 1983. On the same day, this Court entered an order directing Plaintiff to submit a statement of assets, an inmate account form, and a certified copy of Plaintiff's trust fund account statement within ten days of the order's entry. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than ten days have elapsed, and Plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once Plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to Plaintiff.

ENTER: This \_\_\_8th\_\_\_ day of April, 2015.

                                                                  /s/ Norman K. Moon
                                                 NORMAN K. MOON
                                                 UNITED STATES DISTRICT JUDGE