IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID T. BALDWIN, | ) | |
|    Plaintiff, | ) | Civil Action No. 7:15-cv-00124 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| MONTGOMERY COUNTY | ) | |
|   COURT SYSTEM, | ) | By:   Norman K. Moon |
|    Defendant(s). | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This  8th  day of April, 2015.

                                                        /s/ Norman K. Moon
                                                       NORMAN K. MOON
                                                       UNITED STATES DISTRICT JUDGE